UNITED STATES of America,
Plaintiff—Appellee,

v.

Kent MORRISON, a/k/a Righteous,
Defendant—Appellant.

No. 08–6812.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 5, 2008.
Decided: Nov. 17, 2008.

Kent Morrison, Appellant Pro Se. Robert Hayden Bickerton, Eric John Klumb, Assistant United States Attorneys, Charleston, South Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kent Morrison appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Morrison,* No. 2:98–cr–00337–PMD–1 (D.S.C. May 9, 2008). We deny Morrison's motion for appointment of counsel. We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*